## SECUNDINO MENDEZONA Y MENDEZONA *v.* UNITED STATES.

ERROR TO THE SUPREME COURT OF THE PHILIPPINE ISLANDS.

No. 584.   Argued April 22, 1904.—Decided May 31, 1904.

Decided on authority of *Kepner* v. *United States, ante,* p. 100.

No brief filed for plaintiff in error.

*Mr. L. R. Wilfley,* Attorney General for the Philippine Islands and *Mr. Solicitor General Hoyt,* for the United States.

MR. JUSTICE DAY delivered the opinion of the court.

This case involves the question just decided in *Kepner* v. *United States, ante,* p. 100.   The plaintiff in error was acquitted in the court of first instance and convicted in the Supreme Court of the Philippine Islands.

For the reasons stated in the *Kepner* case, the judgment herein is reversed, and the prisoner discharged.

Dissenting: MR. JUSTICE BROWN, MR. JUSTICE WHITE, MR. JUSTICE MCKENNA and MR. JUSTICE HOLMES.